McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone: (559) 498-7272

FILED
2005 NOV 18 A 9: 20
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR F 1:05-00466 AWI |
|---|---|
| Plaintiff, | ) |
| | ) ORDER TO UNSEAL |
| v. | ) INDICTMENT |
| | ) |
| JOSE ROSARIO MARTINEZ, | ) |
| | ) |
| Defendant. | ) |

The Indictment in this case, having been sealed by Order of this Court, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the Indictment be unsealed and made public record.

DATED: November 18, 2005

_____
HONORABLE SANDRA M. SNYDER

1