DENNIS S. WAKS, #142581
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE ROSARIO MARTINEZ,<br><br>    Defendant. | NO. 1:05-cr-00466 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON<br><br>Date:  February 21, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for January 30, 2006, **may be continued to February 21, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: January 19, 2006   By   /s/ Melody M. Walcott with consent of
                                 Kathleen A. Servatius
                               KATHLEEN A. SERVATIUS
                               Assistant United States Attorney
                               Attorney for Plaintiff

DENNIS S. WAKS
Acting Federal Defender

DATED: January 19, 2006   By   /s/ Melody M. Walcott
                               MELODY M. WALCOTT
                               Assistant Federal Defender
                               Attorney for Defendant
                               JOSE ROSARIO MARTINEZ

## ORDER

IT IS SO ORDERED.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 20, 2006**           /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing;
and [Proposed] Order Thereon                    2