```
DANIEL J. BRODERICK, #89424
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00466 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON |
| v. | ) | Date: June 19, 2006 |
| JOSE ROSARIO MARTINEZ, | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for May 15, 2006, **may be continued to June 19, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: May 11, 2006     By  /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED: May 11, 2006     By  /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
JOSE ROSARIO MARTINEZ

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    May 12, 2006**          /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing;
and [Proposed] Order Thereon                2