DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-0466 AWI |
| Plaintiff, | STIPULATION PERMITTING DEFENDANT TO TRAVEL TO MEXICO AND ORDER |
| v. | |
| JOSE ROSARIO MARTINEZ, | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that Jose Rosario Martinez be permitted to travel to Tijuana, Mexico on June 16, 2006, and return to Fresno on June 17, 2006.  Mr. Martinez is permitted to travel for the purposes of medical evaluation and treatment.  All other conditions of release are in full force and effect.

///
///
///
///
///
///
///

**IT IS FURTHER STIPULATED** that the hearing scheduled for June 14, 2006 is vacated.

McGREGOR M. SCOTT
United States Attorney

DATED: June 13, 2006            By   /s/ Kathleen A. Servatius
                                     KATHLEEN A. SERVATIUS
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 13, 2006            By   /s/ Melody M. Walcott
                                     MELODY M. WALCOTT
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOSE ROSARIO MARTINEZ

### ORDER

**IT IS SO ORDERED**.  Jose Rosario Martinez is hereby permitted to travel to Tijuana, Mexico on June 16, 2006, and return to Fresno on June 17, 2006, for the purposes of medical evaluation and treatment.  All other conditions of release are in full force and effect.  This is pursuant to, and consistent with, the stipulation between the United States Attorney's Office and the Federal Defender's Office.

IT IS SO ORDERED.

**Dated:   June 13, 2006**             /s/ Lawrence J. O'Neill
b9ed48                                 UNITED STATES MAGISTRATE JUDGE

Stipulation Permitting Defendant to Travel
to Mexido and [Proposed] Order

-2-