DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSE ROSARIO MARTINEZ,<br><br>           Defendant. | NO. 1:05-cr-00466 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON<br><br>Date:  July 17, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for June 19, 2006, **may be continued to July 17, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and  preparation and to allow the parties additional time for plea negotiation.

///

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3    3161(h)(8)(B)(i) and (iv).

4                                                                       McGREGOR M. SCOTT
                                                                        United States Attorney
5

6    DATED: June 15, 2006                          By  /s/ Kathleen A. Servatius
                                                       KATHLEEN A. SERVATIUS
7                                                      Assistant United States Attorney
                                                       Attorney for Plaintiff
8

9                                                      DANIEL J. BRODERICK
                                                       Federal Defender
10

11   DATED: June 15, 2006                          By  /s/ Melody M. Walcott
                                                       MELODY M. WALCOTT
12                                                     Assistant Federal Defender
                                                       Attorney for Defendant
13                                                     JOSE ROSARIO MARTINEZ

14

15                                                **ORDER**

16       **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
17   3161(h)(8)(B)(i) and (iv).

18

19   IT IS SO ORDERED.

20   **Dated:     June 16, 2006**                         /s/ Anthony W. Ishii
     0m8i78                                          UNITED STATES DISTRICT JUDGE
21

28   Stipulation to Continue Motions Hearing;
     and [Proposed] Order Thereon                        2