```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00466 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING; AND ORDER THEREON |
| v. | ) | Date:  July 31, 2006 |
| JOSE ROSARIO MARTINEZ, | ) | Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for July 17, 2006, **may be continued to July 31, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation and to allow the parties additional time for plea negotiation.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

|   |   |
|---|---|
|   | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: July 12, 2006 | By  /s/ Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: July 12, 2006 | By  /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE ROSARIO MARTINEZ |

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 14, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing;
and [Proposed] Order Thereon                    2