DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00466 AWI |
| Plaintiff, | STIPULATION PERMITTING DEFENDANT TO TRAVEL TO MEXICO; AND ORDER |
| v. | |
| JOSE ROSARIO MARTINEZ, | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that Jose Rosario Martinez be permitted to travel to Guadalajara, Mexico on August 4, 2006, and return to

///
///
///
///
///
///
///
///
///

Fresno, California, on August 20, 2006.  Mr. Martinez is permitted to travel to visit his father, Tomas Martinez.  All other conditions of release are in full force and effect.

```
                                           McGREGOR W. SCOTT
                                           United States Attorney

DATED: August 1, 2006              By:   /s/  Kathleen A. Servatius
                                           KATHLEEN A. SERVATIUS
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           DANIEL J. BRODERICK
                                           Federal Defender

DATED: August 1, 2006              By:    /s/  Melody M. Walcott
                                           MELODY M. WALCOTT
                                           Assistant Federal Defender
                                           Attorneys for Defendant
```

## ORDER

**IT IS SO ORDERED**.  Jose Rosario Martinez is hereby permitted to travel to Guadalajara, Mexico on August 4, 2006, to visit his father, Tomas Martinez, and to return to Fresno, California, on August 20, 2006.  All other conditions of release are in full force and effect.

IT IS SO ORDERED.

**Dated:   August 3, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE