DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00466 AWI |
| Plaintiff, | WAIVER OF APPEARANCE AT PRETRIAL STATUS CONFERENCES AND HEARINGS; AND ORDER THEREON |
| v. | |
| JOSE ROSARIO MARTINEZ, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

The undersigned defendant, Jose Rosario Martinez, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, and to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the

///

///

1  requirement of his appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P.
2  43(b)(3).
3      I declare under penalty of perjury that the foregoing is true and correct.
4      EXECUTED this __3__ day of August, 2006, at Turlock, California.

                      /s/  J. Martinez
                      JOSE ROSARIO MARTINEZ
                      (Original signature maintained in file
                       of Melody M. Walcott.)

AGREED BY COUNSEL:

DATED:  August 3, 2006

/s/  Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
JOSE ROSARIO MARTINEZ

**O R D E R**

IT IS SO ORDERED.

**Dated:    August 15, 2006**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

Waiver of Appearance at Pretrial Status
Conferences and Hearing; [Proposed] Order          -2-