```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE ROSARIO MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00466 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| JOSE ROSARIO MARTINEZ, | ) | Date: February 12, 2007 |
| Defendant. | ) | Time: 9:00 A.M. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for January 29, 2007, **may be continued to February 12, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation prior to hearing.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                            McGREGOR M. SCOTT
                                            United States Attorney

DATED: January 24, 2007           By  /s/ Kathleen A. Servatius
                                                  KATHLEEN A. SERVATIUS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: January 24, 2007           By  /s/ Melody M. Walcott
                                                  MELODY M. WALCOTT
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  JOSE ROSARIO MARTINEZ

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 25, 2007**              /s/ **Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE