```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MELODY M. WALCOTT, Bar #219930
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JOSE ROSARIO MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00466 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
|  | ) CONFERENCE HEARING; AND ORDER |
| v. | ) THEREON |
| JOSE ROSARIO MARTINEZ, | ) Date: February 26, 2007 |
|  | ) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for February 12, 2007, **may be continued to February 26, 2006 at 9:00 a.m.**

The grounds for the continuance are further defense investigation and preparation prior to hearing.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        McGREGOR M. SCOTT
        United States Attorney

DATED: February 7, 2007      By  /s/ Kathleen A. Servatius
        KATHLEEN A. SERVATIUS
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: February 7, 2007      By  /s/ Melody M. Walcott
        MELODY M. WALCOTT
        Assistant Federal Defender
        Attorney for Defendant
        JOSE ROSARIO MARTINEZ

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:**   **February 8, 2007**       **/s/ Anthony W. Ishii**
0m8i78        UNITED STATES DISTRICT JUDGE