DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ROSARIO MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE ROSARIO MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-cr-00466 LJO <br><br> STIPULATION TO CONTINUE SUPERVISED RELEASE DISPOSITIONAL HEARING; [PROPOSED] ORDER <br><br> Date:  September 11, 2009 <br> Time:  9:00 A.M. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the supervised release violation dispositional hearing in the above captioned matter now scheduled for August 28, 2009, **may be continued to September 11, 2009 at 9:00 a.m.**

This request for continuance is made by counsel for defendant because counsel will be out of her office and out of state from August 22 through August 28, 2009, and will not be available for court on the date now set for hearing.  Counsel has represented Mr. Martinez throughout these proceedings and is aware of the issues on the pending supervised release violation.  Continuance of the hearing will maintain continuity of counsel and judicial expediency in addressing and resolving issues, and will conserve time

///

///

1  and resources for all parties and the court.  The requested September 11, 2009, hearing date is also
2  agreeable with U.S. Probation Officer Sandra Dash.

3                                                                           LAWRENCE G. BROWN
                                                                             Acting United States Attorney
4

5  DATED:  July 31, 2009                              By   /s/ Kathleen A. Servatius
                                                                             KATHLEEN A. SERVATIUS
6                                                                            Assistant United States Attorney
                                                                             Attorney for Plaintiff
7

8                                                                            DANIEL J. BRODERICK
                                                                             Federal Defender
9

10 DATED: July 31, 2009                               By  /s/ Melody M. Walcott
                                                                             MELODY M. WALCOTT
11                                                                           Assistant Federal Defender
                                                                             Attorney for Defendant
12                                                                           JOSE ROSARIO MARTINEZ

13

14                                          **ORDER**

15 The stipulation established GOOD CAUSE.  The request is granted.

21 IT IS SO ORDERED.

22 **Dated:    August 3, 2009**                       /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE